UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RONALD G. FRANK, M.D., P.C., Individually and on behalf of a similarly situated class**<br><br>Plaintiffs,<br><br>v.<br><br>**HORIZON HEALTHCARE SERVICES, INC. d/b/a HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,**<br><br>Defendants. | Civil Action No.2:20-cv-06845<br><br>*CLASS ACTION*<br><br>NOTICE OF DIMISSAL WITH PREJUDICE AND WITHOUT COSTS |

**Notice is hereby given that the within matter be and hereby is dismissed with prejudice and without costs as against either party.**

**Dated: July 3, 2020**

/s Bruce H. Nagel
Bruce H. Nagel
NAGEL RICE, LLP
103 Eisenhower Parkway
Suite 103
Roseland, New Jerseys 07068
Tel: 973-618-0400
Email: bnagel@nagelrice.com
Attorneys for Plaintiff

SO ORDERED

   *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:   7/7/2020